APRIL 29, 1953

**No. 57297.**—SUIT 4727.—United States *v.* W. J. Westerfield.—
C. A. D. 507.

APRIL 30, 1953

**No. 57298.**—SUIT 4679.—Dorward & Sons Co. and Pacific Vegetable Oil Corp. *v.* United States.—C. D. 1290 affirmed March 18, 1952. (No C. A. D. number assigned.) Rehearing granted June 24, 1952. C. D. 1290 reaffirmed January 14, 1953. C. A. D. 512. (Note: Pursuant to the granting of the petition for rehearing, the case was reconsidered and a new opinion written, without changing the original conclusion. The original opinion of March 18, 1952. was withdrawn and a new opinion substituted therefor, i. e., C. A. D. 512.)